**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

INVISASOX, LLC,

    Plaintiff,

v.                                                         Case No: 8:18-cv-2639-T-17TGW

EVERYTHING LEGWEAR, LLC and
FRANNIE GIRL PRODUCTS, INC.,

    Defendants.
_____/

## JOINT STIPULATION SELECTING MEDIATOR

    In accordance with the Case Management and Scheduling Order dated April 5, 2019 [Doc. 24], the parties hereby agree to select the mediator identified below to mediate this dispute.

| | |
|---|---|
| **Name:** | James M. Matulis |
| **Firm:** | Matulis Law & Mediation |
| **Address:** | 9806 Gretna Drive Suite 100<br>Tampa, Florida 33626 |
| **Telephone** | 813-451-7347 |

*/s/ Thomas H. Stanton*
Thomas H. Stanton, Esq.
**Stanton IP Law Firm, P.A.**
201 E Kennedy Blvd. Suite 825
Tampa, FL 33602
tstanton@stantoniplaw.com
*Counsel for Plaintiff*

*/s/ Charlotte E. Keeling*
Colleen E. Miller
Florida Bar No. 43777
Charlotte E. Keeling
Florida Bar No. 118353
**QUARLES & BRADY, LLP**
101 E. Kennedy Blvd. Suite 3400
Tampa, Florida 33602
Telephone: 813-387-0300
Colleen.Miller@quarles.com
Charlotte.Keeling@quarles.com
Renay.horstman@quarles.com
docketfl@quarles.com
*Local Counsel for Defendants/Counter-Plaintiffs*

David W. Carstens, Esq. (Admitted *Pro Hac Vice*)
**Carstens & Cahoon, LLP**
13760 Noel Rd., Suite 900
Dallas, TX 75240
carstens@cclaw.com
*Counsel for Defendants/Counter-Plaintiffs*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via CM/ECF on this 4th day of June 2019 on all counsel or parties of record.

>  */s/ Charlotte E. Keeling*
>  Attorney