**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

INVISASOX, LLC,

    Plaintiff,

v.                                    Case No: 8:18-cv-2639-T-17TGW

EVERYTHING LEGWEAR, LLC and
FRANNIE GIRL PRODUCTS, INC.,

    Defendants.
_____/

## NOTICE OF SCHEDULED MEDIATION DATE

In accordance with the Case Management and Scheduling Order dated April 5, 2019 [Doc. 24], the Plaintiff files this notice with the Court that mediation for the present case is scheduled for August 9, 2019.

                                          /s/ Thomas H. Stanton
                                          Thomas H. Stanton, Esq.
                                          **Stanton IP Law Firm, P.A.**
                                          201 E Kennedy Blvd. Suite 825
                                          Tampa, FL 33602
                                          tstanton@stantoniplaw.com
                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via CM/ECF on this 1st day of July 2019 on all counsel or parties of record.

                                          /s/ Thomas H. Stanton
                                          Thomas H. Stanton, Esq.